# EXHIBIT 4

**Farrell, Kaitie**

| | |
|---|---|
| **From:** | Farrell, Kaitie |
| **Sent:** | Monday, November 20, 2023 3:05 PM |
| **To:** | Taylor Speer (TSpeer@foxrothschild.com); 'Ginny Bozeman' |
| **Cc:** | Feinstein, Marc; Pao, William K.; Stutz, Kate |
| **Subject:** | RE: Bitmain Machine Removal |

Thanks Ginny.  Taylor, could you please let us know when Blockquarry was given access to the site to remove the machines and when it completed the removal.

Kaitlyn G. Farrell
O: +1-213-430-7869
kfarrell@omm.com

---

**From:** Ginny Bozeman <gbozeman@popeflynn.com>
**Sent:** Monday, November 20, 2023 11:26 AM
**To:** Farrell, Kaitie <kfarrell@omm.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Pao, William K. <wpao@omm.com>; Stutz, Kate <kstutz@omm.com>; Taylor Speer (TSpeer@foxrothschild.com) <TSpeer@foxrothschild.com>
**Subject:** RE: Bitmain Machine Removal

[EXTERNAL MESSAGE]

Kaitie,

Per the confidentiality clause in our release and settlement agreement, all I can tell you is that the equipment will be disbursed by Blockquarry to Bitmain by December 19 and that the coordination of this return must be made through Blockquarry. Taylor Speer, counsel for Blockquarry, is copied on this email so that you can coordinate that return with him.

Thanks,

**Ginny Bozeman**
Senior Counsel

DIRECT: (803) 354-4947
CELL: (901) 299-0667
FAX: (803) 354-4899

popeflynn.com | vCard



1411 Gervais St.
Suite 300
Columbia, SC 29201

CONFIDENTIAL COMMUNICATION: The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

1

**From:** Farrell, Kaitie <kfarrell@omm.com>
**Sent:** Monday, November 20, 2023 12:53 PM
**To:** Ginny Bozeman <gbozeman@popeflynn.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Pao, William K. <wpao@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** Bitmain Machine Removal

Hi Ginny,

Could you please let us know when Blockquarry was given access to the site to remove the machines and when it completed the removal.

Thank you,
Kaitie

# O'Melveny

**Kaitlyn G. Farrell**
kfarrell@omm.com
O: +1-213-430-7869

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

2