# EXHIBIT 8

## Clifford, Nicholas B.

| | |
|---|---|
| **From:** | Speer, R. Taylor <TSpeer@foxrothschild.com> |
| **Sent:** | Friday, December 22, 2023 6:47 PM |
| **To:** | Clifford, Nicholas B. |
| **Cc:** | Feinstein, Marc; Farrell, Kaitie; Pao, William K.; Stutz, Kate |
| **Subject:** | RE: Bitmain / Blockquarry |

**<<< EXTERNAL EMAIL >>>**

Blockquarry representatives Lawrence Davis and Stephen Stenberg will be present at **10:00 a.m. at address 29590 Highway U, Crocker, MI, 65452** to meet with Bitmain.  Blockquarry does not intend to have counsel present.  If Bitmain will have counsel present, please advise, as this will likely change Blockquarry's position on that score.  Similarly, please provide the names of persons Bitmain will have present.  Best,



**R. Taylor Speer**
Counsel
Greenville, South Carolina
📞 (864) 751-7665

**Learn about our new brand.**

**From:** Clifford, Nicholas B. <Nicholas.Clifford@tuckerellis.com>
**Sent:** December 22, 2023 1:20 PM
**To:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Farrell, Kaitie <kfarrell@omm.com>; Pao, William K. <wpao@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** [EXT] RE: Bitmain / Blockquarry

Mr. Speer,

Bitmain is available on December 28.

Please confirm the precise time and location where the parties will meet.

Please confirm the names of any Blockquarry representatives (including counsel) who will attend the meeting.

Regards,

Nick

**Nicholas Clifford**
Direct: 314-571-4962
Cell: 314-809-7416
Nicholas.clifford@tuckerellis.com

---

**From:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Sent:** Thursday, December 21, 2023 9:05 PM
**To:** Clifford, Nicholas B. <Nicholas.Clifford@tuckerellis.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Farrell, Kaitie <kfarrell@omm.com>; Pao, William K. <wpao@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** RE: Bitmain / Blockquarry

**<<< EXTERNAL EMAIL >>>**

---

Counsel for Bitmain,

Blockquarry accepts Bitmain's request to perform an initial inspection of Bitmain's servers at the Crocker, Missouri site (Premises), prior to Bitmain taking possession of its property. Blockquarry is not available, however, on December 26. One of Blockquarry's officers, Lawrence Davis, will be in Missouri and can make himself available on the Premises on December 28 or the following day. There is much to discuss during this visit, including a potential transaction between Blockquarry and Bitmain, so Blockquarry prefers Bitmain's delegate speak English. This will facilitate a productive dialogue.

All of the personal property present on the Gaffney, South Carolina site when Blockquarry was finally given access was moved by Blockquarry to the Premises—nowhere else. I understand the Premises is unimproved land and acted as a staging ground. Blockquarry has not tested or used Bitmain's servers, and the Premises do not have electric power.

Please respond with Bitmain's availability on December 28 or 29, and I'll confirm. Best,



**R. Taylor Speer**
Counsel
Greenville, South Carolina
 (864) 751-7665

**Learn about our new brand.**

**From:** Clifford, Nicholas B. <Nicholas.Clifford@tuckerellis.com>
**Sent:** December 21, 2023 11:39 AM
**To:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Farrell, Kaitie <kfarrell@omm.com>; Pao, William K. <wpao@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** [EXT] RE: Bitmain / Blockquarry

Mr. Speer,

Contrary to the incomplete and misleading representations in your email below, Blockquarry acted without Bitmain's authority, refused to provide the location of the machines when requested, and further refused to give Bitmain access to its own machines -- all in blatant disregard of its legal duties, exposing it to civil and criminal liability. Putting your revisionist history aside, we are pleased to see that Blockquarry has finally realized that it needs to return Bitmain's machines without further delay. Bitmain will make arrangements for its personnel to inspect the machines at the Crocker, Missouri address you provided. Then, once it has all of the information it needs in order to pick them up, it will make arrangements for a pick up on a separate date. Bitmain proposes the inspection take place on **Tuesday, December 26, 2023**. We will provide you with proposed dates for the pickup after the inspection is complete.

Please confirm this inspection date is acceptable for Blockquarry.

Also, in the meantime, please provide us with the following information.

1.        Are 100% of Bitmain's machines listed on the serial number list we previously provided you located at that Crocker, MO address? Are any of Bitmain's machines located at other locations besides the Crocker, MO address?

2.        Did Blockquarry test or otherwise use any of Bitmain's machines after BPW released them? Will Blockquarry confirm that all of the machines are in working order? If not, please provide a list of the machines Blockquarry claims need repair.

3.        Is the Crocker site powered and are the machines currently operating?

Regards,
Nick


**Nicholas Clifford**
Direct: 314-571-4962
Cell: 314-809-7416
Nicholas.clifford@tuckerellis.com

**From:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Sent:** Tuesday, December 19, 2023 8:46 PM
**To:** Clifford, Nicholas B. <Nicholas.Clifford@tuckerellis.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Farrell, Kaitie <kfarrell@omm.com>; Pao, William K. <wpao@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** RE: Bitmain / Blockquarry

**<<< EXTERNAL EMAIL >>>**

Counsel for Bitmain,

I write to respond to Bitmain's December 15, 2023 letter. Blockquarry and I disagree with the characterizations contained in Bitmain's letter; however, we reach out to provide input and additional context and to offer a resolution. I recapitulate the unusual history of this matter below and offer additional information I expect you are unaware of.

On October 18, I advised, on behalf of Blockquarry, that BPW Gaffney agreed to permit Blockquarry access to the Gaffney premises to inspect the personal property located on the site, including Bitmain's servers (that Blockquarry alleged in a federal complaint were being unlawfully retained by Gaffney BPW). I spoke on the telephone with Bitmain's counsel, Kaitie Farrell, on November 3 and November 6. In the intervening time, your client and, later, a third-party communicated with Blockquarry, directly, making overtures to sell the machines to Blockquarry. During the November 6 call, I informed you, on behalf of Blockquarry, that Blockquarry was in possession of the personal property and was transporting it to Blockquarry's site located in Jackson County, Missouri, in part, to test the servers and determine whether Blockquarry wanted to purchase the machines. As described, this was necessary because the Gaffney site did not have power, and Blockquarry had no access to the machines otherwise since February 2023. On November 9, I confirmed this in writing. On November 17, I followed with an email explaining that transportation of the machines continued and that testing would occur during the week of November 20. On the same day, Kaitie responded, continuing to discuss the possibility of Blockquarry purchasing the machines.

As late as November 30, a third party was communicating directly with Blockquarry, purportedly on behalf of or at the behest of Bitmain, related to coordination and inspection of machines. On December 1, the same third party communicated with Blockquarry, directly, discussing that Bitmain offered to sell *it* the machines and requesting to discuss the same. As late as December 6, the same third party continued to discuss a potential sale of the machines and for use of those machines *on Blockquarry's Jackson County site via a new hosting agreement with Blockquarry*. To say the least, it has been a challenge to determine who has authority to speak on behalf of your client and what are the terms of purchase or return of the machines.

In any event, the machines are currently located at address 29590 highway U, Crocker, MI, 65452. Please respond to this email with proposed dates when Bitmain or its vendors will be available for an onsite meeting, and it will be coordinated through me with Blockquarry. I understand Blockquarry personnel will be available, in-person, to assist with the inspection and/or pickup.

Note Blockquarry is only relinquishing *Bitmain's* personal property—*i.e.*, its servers. It is not relinquishing Blockquarry's other personal property (*e.g.*, servers, transformers, or mining pods) or permitting access to other personal property unless access is reasonably necessary for Bitmain's inspection or other material and related purposes. Finally, to the extent Bitmain is contemplating a transaction with Blockquarry (or others), Blockquarry will continue to entertain offers for the same.

Best,



**R. Taylor Speer**
Counsel
Greenville, South Carolina
📞 (864) 751-7665



**Learn about our new brand.**

---

**From:** Clifford, Nicholas B. <Nicholas.Clifford@tuckerellis.com>
**Sent:** December 15, 2023 4:51 PM
**To:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Farrell, Kaitie <kfarrell@omm.com>; Pao, William K. <wpao@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** [EXT] RE: Bitmain / Blockquarry

Mr. Speer,

Please see the attached letter.

Regard,
Nick

**Nicholas Clifford**
Direct: 314-571-4962
Cell: 314-809-7416
Nicholas.clifford@tuckerellis.com

---

**From:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Sent:** Wednesday, December 13, 2023 1:56 PM
**To:** Clifford, Nicholas B. <Nicholas.Clifford@tuckerellis.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Farrell, Kaitie <kfarrell@omm.com>; Pao, William K. <wpao@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** Bitmain / Blockquarry

**<<< EXTERNAL EMAIL >>>**

---

Hi, counsel for Bitmain.  Please see the attached agreement.  It should be self-explanatory.  Best,



**R. Taylor Speer**
Counsel
Greenville, South Carolina
 (864) 751-7665

**Learn about our new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.