# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

|  |  |
|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) No. |
| HYLMEN LLC, and | ) ) ) |
| SHAWN VAUGHT, | ) ) |
| Defendants. | ) ) |

**PLAINTIFF BITMAIN TECHNOLOGIES GEORGIA LIMITED'S DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Local Rule 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Bitmain Technologies Georgia Limited ("Bitmain") states as follows:.

1. The parent company of the corporation is Bitmain Technologies Holding Company.

2. Subsidiaries not wholly owned by the corporation and affiliates that have issued shares to the public:

    None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation.

    None.

Dated: June 25, 2024

Respectfully submitted,
TUCKER ELLIS LLP

By: /s/ Nicholas Clifford, Jr.
    Nicholas Clifford, Jr. #MO44477
    100 S Fourth Street, Suite 600
    St. Louis, MO 63102
    314.256.2550
    314.256.2549 FAX
    Nicholas.clifford@tuckerellis.com

Attorneys for Plaintiff Bitmain Technologies Georgia Ltd.