# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No:<br>) |
| HYLMEN LLC, and | )<br>)<br>) |
| SHAWN VAUGHT, | )<br>) |
| Defendants. | )<br>) |

## AFFIDAVIT OF ELDAR CAUSEVIC

Before me, the undersigned authority, personally appeared Eldar Causevic, who, being by me duly sworn, states as follows:

1. My name is Eldar Causevic. I am over the age of 18, of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

2. I am the President of Denali Innovative Business Solutions, LLC, a finance and operations consulting practice providing consulting services for complex situations such as rapid growth, turnaround and crisis.

3. I have over twenty years of experience in the roles of Chief Financial Officer, Chief Restructuring Officer, CEO, Receiver, and an advisor on complex finance, operations and M&A matters. I hold a B.S. in Electrical Engineering and MBA from Washington University in St. Louis. My degrees and background allow me to have a thorough understanding of the technology and circumstances in the present case. A true and correct copy of my resume is attached here as **Exhibit 1**.

4. I have not been found guilty of a felony or other crime involving moral turpitude, and I am not controlled by a person who has been convicted of a felony or other crime involving moral turpitude.

5. Neither I nor my firm is a party to the action; is a parent, grandparent, grandchild, sibling, director, officer, agent, attorney, employee, secured or unsecured creditor or lienor of, or holder of any equity interest in, Defendant; or controls or is controlled by Hylemen LLC nor by Shawn Vaught, or is the agent, affiliate, or attorney of any of the foregoing.

6. Neither I nor my firm has an interest materially adverse to the interests of persons to be affected by the proposed receivership generally.

Further Affiant Sayeth Not.

*Eldar Causevic*
Eldar Causevic/Denali Innovative Business Solutions, LLC

Subscribed and sworn to before me this 13th day of June, 2024.

SUMMER PATRICK
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Oct. 4, 2026
Commission # 22420233

*Summer Patrick*
Notary Public

My Commission Expires: 10-04-2026

# EXHIBIT 1

# Eldar Causevic
636.578.6000 | eldar@GoDenali.com | 11628 Old Ballas Rd, Suite 360, St. Louis, MO 63141

## SUMMARY

- Over twenty years of experience in the roles of interim Chief Financial Officer, Chief Restructuring Officer, interim CEO, Receiver, and an advisor on complex finance, operations and M&A matters.

- Supported over 100 clients, across 20 industries, including:
    - Manufacturing
    - Medical Devices and pharma
    - Healthcare
    - Construction
    - Transportation and logistics
    - Professional services
    - Distribution
    - Consumer Products and Services
    - IT/Software

- Founded four ventures; Success with exists to Fortune 500 companies.

- Engineering, Business, and Finance Education

## PROFESSIONAL EXPERIENCE

**DENALI-CELWEL CONSULTING**
2003-Present, Founder, President

A finance and operations consulting practice focused on supporting clients through complex situations such as rapid growth, turnarounds and crisis.

Highlights:
- Interim CFO and CRO role for dozens of clients
- Significant turnaround and restructuring expertise
- Court appointed receiverships
- Bankruptcy support (pre- and post-filing)
- M&A/363 expertise
- Securing financing for growth, DIP, M&A and R&D
- Creditor and debtor matters and restructuring

**Washington University in St. Louis, School of Engineering & Applied Science**
2010-2015, Consulting Turnaround Engagement; Associate Dean Appointment

An expanded consulting project leading to responsibility for creation of a Professional and Master's Education unit, and subsequently an "Office for Entrepreneurship"

Highlights:
- Led a turnaround strategy which resulted in 67% growth in profitability in the first full fiscal year
- Managed business development capabilities that generated revenue for the school from hundreds of companies including Boeing, Monsanto, Centene, MasterCard, Nestle, Maritz, Emerson, RGA, Scottrade, Pfizer, IBM, US Bank, Savvis, and Cisco.
- Organized an independent external review with representatives from Carnegie Mellon University, Duke University, Johns Hopkins University, Northwestern University, Stanford University and a CIO of a Fortune 500 company
- Invited to participate in external review of a graduate program at Duke University
- Fostered the development of new graduate programs to address market need in the areas of:
    - Project management
    - Cybersecurity
    - Business intelligence
    - Systems Integration

**EVEREST BIOMEDICAL INSTRUMENTS COMPANY**
1999-2003, Co-founder, CEO, CFO

Everest Biomedical Instruments Company was a developer of market-disrupting medical devices. **Everest was acquired by Stryker Corporation.**

Highlights:
- Company obtained significant capital from venture capital and U.S. government grant funding
- Established and led a world-class team responsible for global launch of several product lines
- Successfully developed and launched several breakthrough products
- Winner of the prestigious Medical Design Excellence Award
- Established a recurring revenue stream business model with aggressive margins
- Developed and managed national and international distribution channels

**KEDLY INC.**

1993-2000, President, CFO

The company provided technology consulting and project implementation services for clients worldwide.

Highlights:

- Built and led an international team of 60+ responsible for operations, finance, product development, marketing and sales
- Established presence in USA, Europe, Asia, and Middle East
- Managed sales and marketing efforts that established the company with numerous Fortune 500 clients such as Monsanto, Ralston Purina, Coca-Cola, Anheurser-Busch, P&G, Kraft Foods, Strohs Breweries, AMOCO Oil Co., British Petroleum, Beyer, U.S. Federal Reserve Bank, and others. Also developed business internationally with conglomerates such as ZADCO, PEMEX, and Halliburton

**COMMUNITY AND PROFESSIONAL INVOLVEMENT HIGHLIGHTS**

- Washington University - Adjunct professor
- Turnaround Management Association (MO) - Director, Treasurer, Administrator
- Risk Management Association (RMA)
- Chesterfield Day School, St. Louis - Committee memberships

**EDUCATION**

- BS Electrical Engineering, Washington University in St. Louis
- MBA, Washington University in St. Louis