# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| BITMAIN TECHOLOGIES GEORGIA LIMITED <br><br> *Plaintiff(s)* <br> v. <br> HYLMEN LLC AND SHAWN VAUGHT <br><br> *Defendant(s)* | Civil Action No. 6:24-cv-03183 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HYLMEN LLC
c/o Katy Vaught, Registered Agent
26 Spruce Road
Iberia, Missouri 65486

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas B. Clifford, Jr.
Tucker Ellis LLP
100 South 4th St. Suite 600
St. Louis, MO 63102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/28/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-03183

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Hylmen LLC__
was received by me on *(date)* __7 August 2024__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Kylie Johnson__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__CORPORATIONS SPECIALIST II__ on *(date)* __7 August 2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7 August 2024__

_____
Server's signature

__Richard Skyles__
Printed name and title

__11109 SSR -HH Rolla Mo__
Server's address

Additional information regarding attempted service, etc:

# Jefferson City Office

Date: 8/7/24

## PAYER INFORMATION

Payer Name: _____
Street Address: _____
City/State/Zip: _____
Daytime Phone Number: _____

Filer Name: _Richard Skyles_
Street Address: _11109 SSR NN_
City/State/Zip: _Rolla MO 65401_
Daytime Phone Number: _5732014592_

Business Name/Charter Number: _____

**Circle Entity Type:**    Fictitious    LLC    CORP.    Non-Profit    Other: _____

Filing Type:

_____ Creation
_____ Registration Report
_____ Change of Agent/Address
_____ Amendment
_____ Correction
_____ FACT: _____

_____ Renewal
_____ Reinstatement
_____ Good Standing
_____ Abstract
_____ Other: _____

**RECEIVED AUG 07 2024**
BUSINESS SERVICES DIVISION
SECRETARY OF STATE

*(signature)*

Return to Customer Via (please circle):    Email    Pick-Up    Fax    Wait    Mail

Email: _____    FAX: _____

---

### SOS OFFICE USE ONLY

**PAYMENT TYPE**      **FEE BREAKDOWN**

_X_ Cash
_____ Check (Check # _____ )
_____ Credit / Debit Card (info for card below)

Name: _Richard Skyles_
Card Number: _____
Billing Address: _____
City/State/Zip: _____
Exp. Date: ___/___    CVV: _____

Total Fee: $ _25.00_    Tech: _CR_